# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GAVIN L. BULLOCK,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:24-cv-00966-ACA-NAD |
| **KADESHA FOUNTAIN,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on May 5, 2025, recommending the court dismiss this action pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 14). Although the magistrate judge advised Plaintiff Gavin L. Bullock of his right to file specific, written objections within 14 days (*id*. at 4–6), the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss this action without prejudice, subject to reopening should Plaintiff Bullock locate Defendant Kadesha Fountain.

A final order will be entered.

2

**DONE** and **ORDERED** this July 8, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE